TRUSTEES OF COLUMBIA COLLEGE, Respondent, v. NEW YORK ELEVATED R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by the Trustees of Columbia College against the New York Elevated Railroad Company, and others. J. O. Nichols, for appellants. G. L. Jones, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TUBBIOLO, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Salvatore Tubbiolo against the Brooklyn Heights. Railroad Company. No opinion. Motion denied, without costs. See, also, 118 N. Y. Supp. 1147.

TYNDALL, Respondent, v. PINELAWN CEMETERY, Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by William D. Tyndall against the Pinelawn Cemetery. C. T. Terry, for appellant. J. M. Gardner, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

CLARKE, J., dissents.

TYNDALL v. PINELAWN CEMETERY. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by William D. Tyndall against the Pinelawn Cemetery. No opinion. Motion granted, and question certified. Order filed.

UNION NAT. BANK, Appellant, v. SCOTT et al., Respondents. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by the Union National Bank against Edward Scott and others. F. D. Smith, for appellant. R. L. Harrison, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

UNITED STATES TRUST CO. OF NEW YORK, Respondent, v. VAN NOSTRAND et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by the United States Trust Company of New York, as trustee, etc., against Louisa B. Van Nostrand, individually and as trustee, etc., and others. No opinion. Case certified to the Appellate Division, Third Department, for hearing and determination.

VAN ETTEN, Respondent, v. SCHMAHL, Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Amy A. Van Etten, as administratrix, etc., against Emma Schmahl. No opinion. Judgment and order affirmed, with costs.

VAN NOSTRAND et al. v. VAN NOSTRAND et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Gardiner Van Nostrand, individually and as executor, and others, against Frances S. Van Nostrand and others. No opinion. Case certified to the Appellate Division, Third Department, for hearing and determination. See, also, 125 App. Div. 718, 110 N. Y. Supp. 142; 126 App. Div. 926, 110 N. Y. Supp. 665.

VAN WICKLEN, Appellant, v. VAN WICKLEN, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by David Van Wicklen against Elizabeth Van Wicklen. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

VAUGHAN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Richard L. Vaughan against John Smith. No opinion. Judgment and order unanimously affirmed, with costs.

In re VENABLE. (Supreme Court, Appellate Division, First Department. November 12, 1909.) In the matter of George W. Venable. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 111 App. Div. 508, 97 N. Y. Supp. 938.

VENITSKY, Respondent, v. PALLEY, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Tillie Venitsky against Samuel Palley. No opinion. Judgment and order affirmed, with costs.

WAGER, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Frank Wager, by guardian. against the New York, New Haven & Hartford Railroad Company. W. B. Dobbs, for appellant. N. S. Corwin, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WAIDELICH, Appellant, v. BURNHAM, Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Sophia Waidelich, as administratrix, against Ella F. Burnham. O. Horwitz, for appellant. L. Lowenstein, for respondent.

PER CURIAM. Order reversed; and judgment reinstated, on condition that plaintiff stipulates to reduce verdict to $5,000. If plaintiff refuses so to stipulate, order affirmed, with costs. Settle order no notice.

PATTERSON, P. J., and McLAUGHLIN, J., dissent, voting for affirmance.